**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
at Baltimore

Date: 10/29/12

In re:   Case No.:   12−27526 NVA    Chapter:   7

Gina Adams
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 16 – Amended Schedules filed: Schedule J, on Behalf of Gina Adams. Filed by Lisa Buckner. (Attachments: # (1) Certificate of Service) (Buckner, Lisa)

PROBLEM: The debtor's declaration under penalty of perjury was not filed. (Federal Bankruptcy Rule 1008)

CURE: The debtor's declaration under penalty of perjury must be filed by the cure date shown below.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 11/13/12.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/after−filing**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Lia Aure−Spivey  301−344−3392

cc:   Debtor(s)
      Attorney for Debtor(s) – Lisa Buckner

Form defntc (01/06)