Date signed December 18, 2012



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:**   Case No.:  12–27526 – NVA   **Chapter:**  7

Gina Adams
116 Water Fountain Way
Unit 102
Glen Burnie, MD 21060

Creditor – SECU

Reaffirmation – 20

## STATEMENT OF REVIEW

    The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:   Debtor(s)
      Attorney for Debtor(s) – Lisa Buckner
      Chapter 7 Trustee – Monique D. Almy
      Creditor – SECU

**End of Order**

34.4 – *laspivey*