Entered: January 25, 2013
Signed: January 25, 2013

**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   12–27526 – NVA   Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gina Adams
fka Gina Montague
116 Water Fountain Way
Unit 102
Glen Burnie, MD 21060

Social Security No.:   xxx–xx–0265

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 9/25/12.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Monique D. Almy is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec –** *laspivey*

**End of Order**